**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Laura L. Warden                                CHAPTER 13

               Debtor(s)

BKY. NO. 24-12011 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

               Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
18 Jul 2024, 16:37:54, EDT

           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322