UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 24-12011-amc |
| LAURA L. WARDEN | : | |
| Debtor | : | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Jeffrey C. McCullough, attorney for Debtor, do hereby certify under penalty of perjury that on July 16, 2024, I delivered by first class or electronic mail, true and correct copies of the Notice of Chapter 13 Bankruptcy Case, providing notice of the bankruptcy as well as the deadline for Creditors to file a proof of claim with the Court and other information pertinent to the case as well as true and correct copy of the Debtor's Amended Schedule E-F – Creditors Who Have Unsecured Claims filed with the Bankruptcy Court on July 22, 2024 to the following parties:

PECO Energy
Consumer Solutions Center
2301 Market St.
Philadelphia, PA 19103

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

                                                /s/ Jeffrey C. McCullough
                                        Jeffrey C. McCullough, Esquire
                                        Attorney for Debtor
                                        16 N. Franklin St., Suite 300
                                        Doylestown, PA    18901
                                        (215) 348-8133 - Phone
                                        (215) 348-0428 – Fax
                                        jeffmccullough@bondmccullough.com