UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :         NO. 24-12011-amc

    LAURA L. WARDEN                               :

             Debtor                                  :         CHAPTER 13

## AMENDED SCHEDULE H

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Attached hereto is Debtor's Amended Schedule H - Codebtors.

    I, Laura L. Warden, declare under penalty of perjury that I have read the attached Amended Schedule H and that it is true and correct to the best of my knowledge, information and belief.

Date: _Sept 12 2024_        _Laura L Warden_
                                                    Laura L. Warden

Fill in this information to identify your case:

Debtor 1: Laura L. Warden

Debtor 2 (Spouse if, filing): 

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 24-12011

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

*Column 1:* Your codebtor
Name, Number, Street, City, State and ZIP Code

*Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

3.1  Westley Retzler
504 Western Ave
Bristol, PA 19007

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Inspire Federal Credit Union**

3.2  Westley Retzler
504 Western Ave
Bristol, PA 19007

■ Schedule D, line __2.4__
☐ Schedule E/F, line _____
☐ Schedule G _____
**U.S. Bank, National Association**

3.3  Westley Retzler
504 Westen Ave
Bristol, PA 19007

■ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bristol Township**

Official Form 106H            Schedule H: Your Codebtors            Page 1 of 2

Debtor 1  Laura L. Warden                                          Case number *(if known)*  24-12011

| | Additional Page to List More Codebtors | |
|---|---|---|
| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt Check all schedules that apply: |
| 3.4 | Westley Retzler<br>504 Western Ave<br>Bristol, PA 19007 | ■ Schedule D, line __2.2__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bristol Township** |