United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-12011-amc

Laura L. Warden                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 12, 2025 | Form ID: 155 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura L. Warden, 504 Western Ave, Bristol, PA 19007-3034 |
| 14896874 | + | Bristol Township, 2501 Bath Road, Bristol, PA 19007-2150 |
| 14960692 | + | Jeffrey C. McCullough, Esquire, 16 N. Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14908450 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14896878 | | U.S. Bank, National Association, P.O.box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14896873 | ^ | MEBN | Mar 13 2025 00:33:23 | ARstrat, 231 W. Main St, 2nd floor, Denison, TX 75020-3024 |
| 14896875 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 13 2025 01:36:00 | Credit Collections Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14896876 | + | Email/Text: jmerrill@inspirefcu.org | Mar 13 2025 01:36:00 | Inspire Federal Credit Union, 3 Friends Lane, Newtown, PA 18940-3426 |
| 14896877 | ^ | MEBN | Mar 13 2025 00:33:23 | Jefferson Health, Attn: Patient Billing, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 14916916 | | Email/Text: BNCnotices@dcmservices.com | Mar 13 2025 01:34:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14914955 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 13 2025 01:34:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14908231 | ^ | MEBN | Mar 13 2025 00:33:07 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14918123 | + | Email/Text: blegal@phfa.org | Mar 13 2025 01:35:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 12, 2025                       Form ID: 155                          Total Noticed: 13

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Laura L. Warden jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          )
   Laura L. Warden      )   Case No. 24−12011−amc
             )
             )
   Debtor(s).        )   Chapter: 13
             )
             )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

  **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

  **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: March 11, 2025        For The Court

                 Ashely M. Chan
                 Chief Judge, United States Bankruptcy Court