IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 24-12011 amc
    LAURA L. WARDEN :
        Debtor :
         : CHAPTER 13

## **ORDER**

AND NOW, this     day of          , 2025, upon consideration of the Debtor's Motion to Modify Confirmed Chapter 13 Plan and after Notice and opportunity for hearing thereon, it is hereby

ORDERED that the Motion is granted;

ORDERED that the Debtor's Chapter 13 Plan confirmed by Order dated March 12, 2025 is hereby modified in accordance with the terms of the Modified Confirmed Chapter 13 Plan filed with the Court on July 11, 2025 as Docket Entry Number 41.


BY THE COURT:


_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE