UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 24-12011-amc |
|    LAURA L. WARDEN | : | |
|         Debtor | : | CHAPTER 13 |

### CERTIFICATION OF NO OBJECTION

The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of August 5, 2025, regarding the Application for Supplemental Compensation of Debtor's Counsel filed on July 14, 2025 as Docket No. 42.

<u>08-12-2025</u>　　　　　　　　　　　　　　　　　　　　<u>　/s/Jeffrey C. McCullough</u>
Date　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey C. McCullough, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　16 N. Franklin St., Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　　　Doylestown, PA  18901
　　　　　　　　　　　　　　　　　　　　　　　　　　215-348-8133
　　　　　　　　　　　　　　　　　　　　　　　　　　215-348-0428 – Fax
　　　　　　　　　　　　　　　　　　　　　　　　　　jeffmccullough@bondmccullough.com