IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 24-12011-amc |
|     LAURA L. WARDEN | : | |
|         Debtor | : | CHAPTER 13 |
| | : | |

## CERTIFICATE OF SERVICE

    I, Jeffrey C. McCullough, attorney for Debtor, do hereby certify that true and correct copies of the foregoing Notice of and Application for Supplemental Compensation and Reimbursement for Expenses filed with the Court on July 14, 2025 as Docket Entry #42 were served on August 14, 2025 by First Class Mail upon those listed below:

Laura Warden
504 Western Avenue
Bristol, PA 19007


        /s/Jeffrey C. McCullough
        Jeffrey C. McCullough, Esquire
        Attorney for Debtor
        16 N. Franklin St., Suite 300
        Doylestown, PA  18901
        215-348-8133
        215-348-0428 – FAX
        jeffmccullough@bondmccullough.com