UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          :           NO. 24-12011-amc
    LAURA L. WARDEN                           :
            Debtor                                   :           CHAPTER 13

## CERTIFICATION OF NO OBJECTION - SUPPLEMENTAL

    The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of August 5, 2025, or by Debtor within twenty (20) days of service of the Application for Supplemental Compensation of Debtor's Counsel served upon her on August 14, 2025.


09-04-2025                                                         /s/Jeffrey C. McCullough
Date                                                          Jeffrey C. McCullough, Esquire
                                                                 Attorney for Debtor
                                                                 16 N. Franklin St., Suite 300
                                                                 Doylestown, PA  18901
                                                                 215-348-8133
                                                                 215-348-0428 – Fax
                                                                 jeffmccullough@bondmccullough.com