*Form 167* (1/25)–doc 54 – 53

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   ) | |
|    Laura L. Warden   ) | Case No. 24–12011–amc |
|    )   ) | |
| Debtor(s).   ) | Chapter: 13 |
|    )   ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) Filed by Laura L. Warden (related document(s)52).

on: 1/6/26

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

Date: December 12, 2025

For The Court

Mohung Wong
Clerk of Court